**Dismiss and Opinion Filed April 9, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01048-CV**

**JASON DOUGLAS, CHERYL DOUGLAS AND ALL OCCUPANTS OF**
**6616 LAKE MEADOW LANE, SACHSE, TEXAS 75048, Appellants**
**V.**
**CHAU DANG AND LAURA NGUYEN, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01746-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is appellants' March 28, 2024 agreed motion to dismiss this appeal. We grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1.

231048f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JASON DOUGLAS, CHERYL DOUGLAS AND ALL OCCUPANTS OF 6616 LAKE MEADOW LANE, SACHSE, TEXAS 75048, Appellants

No. 05-23-01048-CV          V.

CHAU DANG AND LAURA NGUYEN, Appellees

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-01746-C.
Opinion delivered by Justice Miskel. Justices Partida-Kipness and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 9th day of April, 2024.